PROB 12B
(7/93)

Report Date: May 2, 2011

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Jose Angel Contreras | Case Number: 2:00CR02089-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle | |
| Date of Original Sentence: 4/13/2001 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a) | Date Supervision Commenced: 3/17/2010 |
| Original Sentence: Prison - 121 Months; TSR - 60 Months | Date Supervision Expires: 3/16/2015 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Mr. Contreras has been feeling depressed and distressed over situational aspects in his life with his children, his estranged wife and extended family. He as expressed feeling desparate and lonely and is interested in counseling to learn new coping skills.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 2, 2011

Stephen Krous
U.S. Probation Officer

Prob 12B
Re: Contreras, Jose Angel
May 2, 2011
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

Fred Van Sickle
_____
Signature of Judicial Officer

May 9, 2011
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

Witness: _____   Signed: _____
Stephen Krous                                           Jose Angel Contreras
U.S. Probation Officer                              Probationer or Supervised Releasee

May 2, 2011
Date