PROB 12C
(7/93)

Report Date: October 27, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**OCT 2 8 2011**

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Angel Contreras         Case Number: 2:00CR02089-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 4/13/2001

Original Offense:   Distribution of a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)

Original Sentence:  Prison - 121 Months; TSR - 60 Months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Gregory M. Shogren        Date Supervision Commenced: 3/17/2010

Defense Attorney:   Federal Defenders          Date Supervision Expires: 3/16/2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

1                        **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

                         **Supporting Evidence**: Mr. Contreras was arrested on October 5, 2011. At approximately 0506 hours, an officer responded to a burglary in progress at a business in King County Washington. A witness advised he/she observed a person in black clothing walking around inside a business. A white Jaguar arrived, and the person from inside the business entered the vehicle. A short time later, the officer completed a stop of the Jaguar and contacted Jose Contreras, who was driving the car.

                         One of the officers observed in the back seat of the vehicle, inside a blue crate, hair products that appeared to be new, as they still had price tags on them. The officer also observed framed and matted pictures, with price tags, on the rear floorboard.

                         Mr. Contreras spoke with the officers and explained a male subject called him to see if he could help move some things into his new residence. He picked up the subject, who directed him to an address where he went inside, while Mr. Contreras stayed in the car. The subject returned to the Jaguar and started to load items into his vehicle. Once the car was loaded, they left the area and were contacted by law enforcement a short distance away.

Prob12C
Re: Contreras, Jose Angel
October 27, 2011
Page 2

        Mr. Contreras told the officers he had just completed a 10-year Federal sentence, and he was not involved in any criminal activity.

        Mr. Contreras was charged on October 5, 2011, in King County Superior Court, Seattle, Washington, with two counts of second degree burglary under cause number 11-1-07892-9. A warrant was issued in this matter on October 10, 2011.

2      **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

        **Supporting Evidence**: Mr. Contreras was directed, by this officer, to self-surrender to either the King County Jail or to local law enforcement, allowing him to resolve the warrant, which was issued on October 10, 2011. As of October 26, 2011, Mr. Contreras has failed to follow this officer's directive.

3      **Mandatory Condition**: The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

        **Supporting Evidence**: At the time of his arrest, Mr. Contreras was found to be in possession of a folding knife and a stun gun, which were located in his pants pocket.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/27/2011

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

October 27, 2011
Date