PROB 12B
(7/93)

Report Date:  October 15, 2012

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of  Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Jose Angel Contreras          Case Number: 2:00CR02089-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  4/13/2001          Type of Supervision:  Supervised Release

Original Offense: Distribution of a Controlled          Date Supervision Commenced:  3/17/2010
Substance, Methamphetamine, 21 U.S.C. § 841(a)

Original Sentence:  Prison - 121 Months; TSR - 60          Date Supervision Expires:  3/16/2015
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    The defendant shall participate in the location monitoring program with Active Global Positioning
      Satellite Technology for a period of 90 days.  The defendant is restricted to their residence at all
      times except for employment, religious services, medical, legal reasons, or as otherwise approved
      by the location monitoring specialist.  The defendant shall abide by all program requirements, and
      must contribute toward  the costs of the services, to the extent financially able, as determined by
      the location monitoring specialist.

### CAUSE

Mr. Contreras was released from custody in the Western District of Washington (WD/WA), where he is currently
residing.  In an effort to confirm compliance and cooperation with Court ordered conditions, WD/WA has requested
the addition of the above-noted condition modification.  Mr. Contreras agrees to the listed modification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/15/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob 12B
**Re:  Contreras, Jose Angel**
**October 15, 2012**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[  ]     The Extension of Supervision as Noted Above
[ x ]     The Modification of Conditions as Noted Above
[  ]     Other

s/ Fred Van Sickle
_____

Signature of Judicial Officer

October 25, 2012
_____

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19    The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology for a period of 90 days. The defendant is restricted to their residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute toward the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

Witness: _____          Signed: X _____
U.S. Probation Officer                                      Jose Angel Contreras
                                                               Probationer or Supervised Releasee

10/9/12
~~October 3, 2012~~
Date