PROB 12C
(7/93)

Report Date: December 12, 2012

## United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 3 2012

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Angel Contreras          Case Number:  2:00CR02089-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  4/13/2001

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a) | |
| Original Sentence: | Prison - 121 months; TSR - 60 months | Type of Supervision:  Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: 8/24/2012 |
| Defense Attorney: | Richard A. Smith | Date Supervision Expires:  6/7/2015 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1          **Mandatory Condition #4**:  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (including urinalysis and patch), as directed by the supervising probation officer, in order to confirm your continued abstinence from these substances.

**Supporting Evidence**: Mr. Contreras provided a urine sample on November 1, 2012, in the Western District of Washington that was presumptive positive for amphetamines. The specimen was confirmed through laboratory analysis to be positive for methamphetamine on November 12, 2012.

Prob12C
Re: Contreras, Jose Angel
December 12, 2012
Page 2

2       **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Contreras was charged in King County Superior Court, under cause number 11-1-07892-9, for the following:

Count 1: On October 5, 2011, Mr. Contreras was charged with second degree burglary. This charge was later amended to second degree rendering criminal assistance (a gross misdemeanor). The police report indicates, at approximately 0506 hours, an officer responded to a burglary in progress at a business in King County, Washington. A witness advised he/she observed a person in black clothing walking around inside a business. A white Jaguar arrived, and the person from inside the business entered the vehicle. A short time later, the officer completed a stop of the Jaguar and contacted Jose Contreras, who was driving the car.

One of the officers observed in the back seat of the vehicle, inside a blue crate, hair products that appeared to be new, as they still had price tags on them. The officer also observed framed and matted pictures, with price tags, on the rear floorboard.

Mr. Contreras spoke with the officers and explained a male subject called him to see if he could help move some things into his new residence. He picked up the subject, who directed him to an address where he went inside, while Mr. Contreras stayed in the car. The subject returned to the Jaguar and started to load items into his vehicle. Once the car was loaded, they left the area and were contacted by law enforcement a short distance away. Mr. Contreras told the officers he had just completed a 10-year Federal sentence, and he was not involved in any criminal activity.

Count 2: Mr. Contreras was charged with second degree rendering criminal assistance due to the following behavior:

On October 2, 2011, officers responded to a shooting and contacted two victims, who advised they were walking down the street, when a male stepped out from between two vehicles and pointed a revolver at the victims. The suspect demanded their wallets and purse. When the male victim turned to the female victim, the subject shot the male victim once. The suspect fled on foot and then got into the passenger seat of a silver Jaguar about a block or so away. Nothing was taken from the victims.

On November 29, 2011, while being booked into custody for failing to comply with release conditions related to count 1, Mr. Contreras disclosed to jail officials he had information about a shooting that had taken place in the Seattle, Washington, area. The following day, Mr. Contreras met with local law enforcement and disclosed, in October, he had given a male friend a ride to the Capitol Hill area of Seattle. The male told Mr. Contreras he was meeting a guy who owed him some money, and the male then exited the vehicle. Mr. Contreras and his girlfriend, who was also in the vehicle, went to a nearby restaurant. While traveling back to pick up the male friend, Mr. Contreras advised he heard a loud boom and saw his male friend running. Mr. Contreras picked up his male friend, who told Mr. Contreras he had just shot a person twice in the stomach. The male had a gun, and Mr.

Prob12C
**Re:  Contreras, Jose Angel**
**December 12, 2012**
**Page 3**

Contreras told him he needed to get rid of it because it tied the male friend to the shooting. It was a .38 caliber snub nose revolver.  Mr. Contreras took it from the male and then gave it to his brother-in-law in Yakima.  Mr. Contreras stated he did not know his male friend had the firearm or that he was going to shoot anyone. (Mr. Contreras told this officer, when the male entered the vehicle with the firearm, he gave the gun to Mr. Contreras' girlfriend, Elizabeth Luna and she gave it to her brother in Yakima. Mr. Contreras denied possessing or handling the weapon.)

On May 29, 2012, Mr. Contreras entered a guilty plea to counts 1 and 2, second degree rendering criminal assistance, in King County Superior Court, Seattle, Washington, under cause number 11-1-07892-9.  He was sentenced on December 10, 2012,  to 150 days imprisonment on each count to run concurrent to each other.  He was given credit for time served, with 12 months of probation to follow, a $500 victim assessment, and a $500 financial obligation fine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___12/12/2012___

___s/Stephen Krous___

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

_Fred Van Sickle_
Signature of Judicial Officer

_December 12, 2012_
Date