PROB 12C
(7/93)

Report Date: January 29, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 30 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Angel Contreras          Case Number: 2:00CR02089-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 4/13/2001

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a) | |
| Original Sentence: | Prison - 121 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: 11/8/2012 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: 6/7/2015 |

### PETITIONING THE COURT

**To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/12/2012.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Contreras was arrested on January 14, 2013, for possession of a stolen motor vehicle. The report from the Yakima Police Department indicates an officer observed a bald male with tattoos, later identified as the defendant, seated in the front driver's seat of the vehicle, as the officer drove past in her marked patrol vehicle. The officer received information advising that the license plate on the vehicle had been reported stolen. The officer turned around in the parking lot of the motel and observed the two males exit the vehicle. The male, who exited the driver's seat, was about 5 feet 8 inches tall, 200 pounds, with a shaved head, and multiple tattoos. He moved to the front of the vehicle and then walked around the side of the motel, where he was contacted by another officer. The male was identified as Jose Contreras. The other male who also exited the vehicle could not be located. The vehicle was determined to have been stolen. |
| 4 | **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

|   |   |
|---|---|
|   | **Supporting Evidence**: On January 24, 2013, Jose Contreras was arrested and charged with possession of a firearm. According to the Yakima Police Department narrative, after Jose Contreras was arrested on the activities noted in violation #3, the officer applied for and was granted a search warrant for the above noted vehicle. During a search of the vehicle, officers located a loaded semi automatic pistol under the driver's seat, where Mr. Contreras had been seated. In the passenger's door pocket, officers located a revolver type handgun. He made an initial appearance on January 25, 2013, and is being held on a $100,000 bond. |
| 5 | **Mandatory Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
|   | **Supporting Evidence**: Mr. Contreras returned to the Yakima, Washington, area on or about December 27, 2012, and had been staying with his mother. Sometime during the next couple of weeks, Mr. Contreras was staying less with his mother due to discourse: Mr. Contreras stated he and his mother were "arguing" and were not getting along. On January 22, 2013, at approximately 9 p.m., Mr. Contreras left a message for this probation officer indicating he was staying with a friend at a local motel. On January 23, 2013, this officer traveled to the motel to confirm the address. A female answered the door and indicated the defendant was not there and had never lived in that apartment. She did confirm a male, matching the defendant's description, was staying in room number 1, but she believed he moved out on or about January 18, 2013. I then checked with the manager, who stated she had never rented a room to Mr. Contreras or anyone matching his description. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/29/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer

1/30/12

Date